IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARICE ROBINSON,

    Plaintiff,                      No. CIV S-08-2296 DAD

    v.

MICHAEL J. ASTRUE,               ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.
_____/

       By an order filed October 8, 2008, plaintiff was directed to submit to the United States Marshal within fifteen days the documents necessary for service of process, and thereafter plaintiff was required to file a statement advising the court of the date upon which the documents were submitted. The fifteen-day period has expired, and plaintiff has not yet filed the required statement.

       Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within ten days after this order is served why this case should not be dismissed for lack of prosecution. The timely filing of the required statement will be deemed compliance with this order.

DATED: November 7, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/robinson2296.osc.service